## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00113-RBJ-CBS

LINDA OWENS,

    Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED this 20th day of June, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

R. Brooke Jackson
United States District Judge